Anna Frances Burmester, Individually and as Executrix, etc., Respondent, v. Charles T. M. O'Brien, Appellant.— The circumstances of the sale of the firm book accounts justified the Special Term in surcharging the defendant's account with the additional items stated in the decree.   The defendant alone has appealed.   As plaintiff has not taken any cross-appeal, she cannot urge that we increase the judgment in her favor. (*Burns* v. *Burns*, 190 N. Y. 211, 215; *St. John* v. *Andrews Institute*, 192 id. 382.)   While the 1912 amendment of Code of Civil Procedure, section 1317,* gives power to modify, affirm or reverse in whole or in part, and to make new findings, the root of our jurisdiction is by an appeal by the person aggrieved.   As our power is statutory, we cannot dispense with the appeal which calls into being our power of review.   Judgment affirmed, with costs.   Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ., concurred.

Gertrude Brauchle, Respondent, v. Rudolph H. E. Gudewill, Appellant. — Judgment affirmed, with costs.   No opinion.   Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Mathilde V. Campau, Appellant, v. Barnabe Campau, Respondent.— Judgment reversed and new trial granted, upon the ground that further evidence, offered by plaintiff, upon the subject of collusion should have been received.   Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Carpenter Motor Vehicle Company, Respondent, v. Raymond W. Marshall, Appellant.— Order of the County Court of Kings county affirmed by default, with ten dollars costs and disbursements.   Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

Josephine M. Fairchild, Appellant, v. Scarsdale Estates, Respondent. White Plains Development Company and Guardian Trust Company of New York, as Trustee, Appellants, and Others, Defendants.— Order modified by providing that the deposition be printed as an appendix to the case if appellants prefer, and as so modified affirmed, without costs.   No opinion.   Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

In the Matter of the Application of James J. O'Brien, Appellant, for a Peremptory Writ of Mandamus Directed to Patrick A. Whitney, as Commissioner of Correction of the City of New York, Respondent, etc.—

---

* See Laws of 1912, chap. 380.— [REP.